State of Minnesota  )
County of Hennepin  )

Affidavit of Service

I, Jeremy M. Fuchs, state that on Thursday, September 17, 2020 at 8:27 AM I served the Summons & Complaint upon Medaria Arradondo, acting in his individual and official capacities as the Minneapolis Chief of Police, therein named, personally at Room 130, 350 South 5th Street, Mpls., MN, by handing to and leaving with Nina Doree, Receptionist, an Expressly Authorized agent of said Medaria Arradondo, acting in his individual and official capacities as the Minneapolis Chief of Police, a true and correct copy thereof.

I declare under penalty of perjury that everything I have stated in this document is true and correct.  Minnesota Statute § 358.116.

Dated: 9/17/2020  _____
                   Jeremy M. Fuchs, Process Server


*2445020 - 2*


METRO LEGAL
legal support specialists since 1969

330 2nd Avenue South, Suite 150
Minneapolis, MN 55401
(800) 488-8994
www.metrolegal.com

RE: 129929.0000                                    -1-