# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ethan Daniel Marks,<br><br>    Plaintiff,<br><br>v.<br><br>Benjamin M. Bauer, acting in his individual capacity as a Minneapolis Police Officer,<br><br>    Defendant. | No. 20-cv-1913 (ADM/DLM)<br><br>**AMENDED PRETRIAL SCHEDULING ORDER** |

On November 6, 2024, the Court held a status conference in this matter at which it determined good cause existed to amend the Scheduling Order and reopen discovery. (Doc. 179.) The Court directed the parties to meet and confer in an attempt to agree on a schedule for reopened discovery and submit a proposal to the Court. The parties have now submitted a Stipulation (Doc. 180) regarding the same. Based on that Stipulation, **IT IS ORDERED** that the following deadlines shall apply in this matter:

- Deadline for medical authorizations and/or releases from Defendant to be provided to Plaintiff: **December 10, 2024.**

- Deadline for Defendant to serve written discovery regarding Plaintiff's drug use, chemical dependency, and mental health conditions or treatment: **December 13, 2024.**

- Deadline for Plaintiff to return signed medical authorizations and/or releases to Defendant: **December 17, 2024.**

- Deadline for depositions of Anne Marks, Ethan Marks, and any other fact witnesses relating to Plaintiff's drug use, chemical dependency, and mental health conditions or treatment, or newly disclosed information or records relating to these topics:  **March 3, 2025.** For individuals already deposed in this case, such depositions are limited to **2 hours each**. For those individuals who have not otherwise been deposed, the length of such depositions is governed by Federal Rule of Civil Procedure 30(d)(1).

- Deadline for Defense IMEs of Ethan Marks:  **March 17, 2025.** The defense may conduct up to **2 IMEs**, limited in scope to Plaintiff's drug use, chemical dependency, and mental health conditions/treatment.

- Deadline for Defendant to serve IME reports:  **April 10, 2025.**

- Deadline for Plaintiff to serve rebuttal expert reports:  **May 1, 2025.**

- Deadline for expert depositions to be completed:  **May 28, 2025.**

- Deadline for non-dispositive motions relating to reopened discovery:  **June 20, 2025.**

- Deadline for dispositive (*Daubert*/Rule 702) motions relating to additional experts disclosed during reopened discovery: **With other trial submissions as ordered by the Court**.

Dated:  November 18, 2024                     _s/Douglas L. Micko_____
                                                                                DOUGLAS L. MICKO
                                                                                United States Magistrate Judge