**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Ethan Daniel Marks,                                          Civ. No. 20-1913 (PJS/DLM)

                          Plaintiff,

v.                                                                    **MOTION TO SUBSTITUTE**
                                                                       **PLAINTIFF AND AMEND**
Benjamin Bauer, acting in his individual            **THE COMPLAINT**
capacity as a Minneapolis Police Officer,

                          Defendant.

_____

Pursuant to Fed. R. Civ. P. 25(a); Minn. Stat. §§ 573.01 and 573.02; and Fed. R. Civ. P. 15(a)(2) and District of Minnesota Local Rule 7.1(b), Trustee Anne Marks, by and through her undersigned counsel, respectfully moves the Court substitute her in as Plaintiff in this matter and permit the filing of a Third Amended Complaint addressing the death of her son, Ethan Marks.  Said motion is based upon the accompanying Memorandum of Law, the Declaration of Kathryn H. Bennett, and all the files, records, and proceedings herein.

MP-Primary\97120283.v1

2

**ROBINS KAPLAN LLP**

Dated: May 5, 2026

/s/ *Kathryn H. Bennett*
Robert Bennett, #6713
Andrew J. Noel, #0322118
Kathryn H. Bennett, #0392087
Allen Slaughter Jr., #0301668
800 LaSalle Ave, Suite 2800
Minneapolis, MN 55402
612-349-8500
rbennett@robinskaplan.com
anoel@robinskaplan.com
kbennett@robinskaplan.com
aslaughter@robinskaplan.com
***Attorneys for Plaintiff***

2